MAGGIE DIXSON, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Dixson* v. *Brooklyn Heights R. R. Co.,* 68 App. Div. 302, appeal dismissed. (Submitted March 24, 1902; decided April 1, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, made January 17, 1902, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed judgment upon the verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Samuel S. Whitehouse* for motion.

*George D. Yeomans* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

---

In the Matter of the Estate of HENRY BALDWIN, Deceased.

CHARLES TUBBS, as Ancillary Administrator of JAMES TUBBS, Deceased, Appellant; JEROME S. WARNER, as Administrator of SABRINA WARNER, Deceased, et al., Respondents.

(Submitted March 24, 1902; decided April 1, 1902.)

MOTION for reargument. (See 170 N. Y. 156.)

Remittitur amended so as to allow the appellant and the respondent Warner their disbursements on appeal to the Appellate Division and this court out of the fund. In other respects the motion is denied.